**No. 51667.**—Protest 916411–G of Halle Brothers Co. (Cleveland).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of knit fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made. In accordance therewith the claim of the plaintiff was sustained.